**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| MODINE MANUFACTURING COMPANY,<br><br>                Plaintiff,<br><br>    v.<br><br>UNITED STATES,<br><br>                Defendant. | **Court No. 24-00256** |

**ORDER OF ASSIGNMENT**

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e) of the Rules of this Court, the above-entitled action is assigned to the Honorable Mark A. Barnett.

                                                            /s/ Mark A. Barnett
                                                              Mark A. Barnett
                                                               Chief Judge

DATED:   February 7, 2025